IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHN DOE AND MARTHA ROE, Individually
and as Next Friends of JANE DOE,
a minor                                                          PLAINTIFFS

VS.                          CASE NO. 08-6076

DELIGHT PUBLIC SCHOOL DISTRICT,
et al.                                                           DEFENDANTS

**O R D E R**

Currently before the Court is the defendants' **Notice of Interlocutory Appeal and Motion to Stay (Docs. 44, 45).** Defendants seek to stay this action to permit them to pursue an interlocutory appeal of this Court's ruling (Doc. 29) denying Defendant Tanya Wilcher qualified immunity.

It is well settled that a denial of summary judgment on the grounds of qualified immunity may be reviewed on interlocutory appeal. See Mitchell v. Forsyth, 472 U.S. 511, 528 n. 9; Vaughn v. Gray, 557 F.3d 904, 908 (8th Cir. 2009). Accordingly, defendants' **Motion to Stay (Doc. 45)** is hereby **GRANTED** and this action is hereby administratively terminated pending adjudication of defendants' interlocutory appeal by the Court of Appeals for the Eighth Circuit.

IT IS SO ORDERED this 29th day of June, 2009.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDG

1