```
               IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                       HOT SPRINGS DIVISION
```

JOHN DOE AND MARTHA ROE, Individually
and as Next Friends of JANE DOE,
a minor                                              PLAINTIFFS

VS.                       CASE NO. 08-6076

LAVON FLAHERTY, et al.                               DEFENDANTS

<u>ORDER</u>

Now on this 12th day of November, 2010, this matter comes on for consideration based on the Mandate issued by the Eighth Circuit Court of Appeals on November 9, 2010. Pursuant to the Eighth Circuit's opinion and judgment of October 19, 2010, Plaintiff's complaint is hereby **dismissed,** and this action is hereby **dismissed.**

**IT IS SO ORDERED.**

                                               <u>/S/JIMM LARRY HENDREN</u>
                                               JIMM LARRY HENDREN
                                               UNITED STATES DISTRICT JUDGE